UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER D. WEST, *pro se*,

    Plaintiff,

v.                                  Case No. 8:09-cv-2445-T-30TBM

AMERICAN HOME MORTGAGE
SERVICING, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause (Dkt. #3) was entered on March 17, 2010, regarding Plaintiff's failure to pay the required filing fee. Plaintiff has failed to file a timely Response to said Order or pay the required filing fee. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 6, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2445.dismissal.wpd